JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATIONAL PHOTO GROUP, LLC**, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>**EMMIS COMMUNICATIONS CORPORATION**, a Delaware corporation, and **DOES 1-10**, inclusive,<br><br>Defendants. | Case No. 2:12-cv-05989-RSWL-JCG<br><br>[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) |

///

Case No. 2:12-cv-05989-RSWL-JCG         [PROP] ORDER GRANTING DISMISSAL WITH PREJUDICE

1   Before the Court is the Stipulation for Dismissal with Prejudice
2   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).
3   IT IS HEREBY ORDERED that the above-captioned action and all
4   claims therein are hereby dismissed with prejudice pursuant to Federal Rule
5   of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorney's
6   fees and costs.

9   Dated: 1-7-13

RONALD S.W. LEW

The Hon. Ronald S.W. Lew
UNITED STATES DISTRICT JUDGE



KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108

Case No. 2:12-cv-05989-RSWL-JCG     1     [PROP] ORDER GRANTING DISMISSAL
WITH PREJUDICE